AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

United States Courts
Southern District of Texas
FILED
JAN 11 2023
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the

_Ronald Thomas Drakos II_
Petitioner

v.

_Eric Fagan_
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. _____
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: _Ronald Thomas Drakos II_
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: _Fort Bend County Jail/Correctional_
   (b) Address: _1410 Ransom Rd., Richmond, Texas 77469_
   (c) Your identification number: _00244337_
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _22 DCR 099 030_
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☒ Pretrial detention
☐ Immigration detention
☒ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __240TH JUDICIAL DISTRICT COURT 401 JACKSON, RICHMOND TX. 77469__
   (b) Docket number, case number, or opinion number: __22 DCR 099030__
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): __Denial of Bond, September 19 2022__
   (d) Date of the decision or action: __SEPTEMBER 19 2022, 04/06/2022__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: __14th Court of Appeals__
      (2) Date of filing: __05-18-2022__
      (3) Docket number, case number, or opinion number: __14-22-00389-CR__
      (4) Result: __Dismissed__
      (5) Date of result: __07-14-2022__
      (6) Issues raised: __Bond is excessive, oppressive and unnecessary. I am homeless, poor, not a flight risk. I am innocent.__

   (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Texas Court of Criminal Appeals
   (2) Date of filing: AUG, 31, 2022
   (3) Docket number, case number, or opinion number: NONE / WR-90,128-05 ?
   (4) Result: REJECTED
   (5) Date of result: September 20, 2022
   (6) Issues raised: The Court of Criminal Appeals stated they recieved my correspondance but stated they do not accept Pretrial Habeas matters, additionaly, after the September 20 letter from them I recieved notice issued on 09/28/2022 giving me a case number WR-90-128-05 with a misspelling of my name, this notice was recieved October 10, 2022..., Please see Annexed Copy of filing # EXHIBIT 001 CCA, 5 pgs with Cover

(b) If you answered "No," explain why you did not file a second appeal: 

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes     ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: 14th Court of Appeals
      (2) Date of filing: July, 01, 2022
      (3) Docket number, case number, or opinion number: 14-22-00483-CR
      (4) Result: Dismissed
      (5) Date of result: July, 28, 2022
      (6) Issues raised: Bail was excessive, oppressive and unnecessary, I am homeless, poor and not a flight risk. I am innocent.

   (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes     ☒ No
    If "Yes," answer the following:
    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
       ☐ Yes     ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____
_____
_____
_____
_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
    ☐ Yes      ☒ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Case number: _____
    (3) Date of filing: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____
_____
_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes      ☒ No
    If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
    ☐ Yes      ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: ___
(2) Case number: ___
(3) Result: ___
(4) Date of result: ___
(5) Issues raised: ___

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court: ___
(2) Date of filing: ___
(3) Case number: ___
(4) Result: ___
(5) Date of result: ___
(6) Issues raised: ___

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes   ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Original Habeas & Motion for Bond
(b) Name of the authority, agency, or court: 240TH DISTRICT COURT FORT BEND COUNTY
(c) Date of filing: May, 2022, September 25, 2022, August 25, 2022
(d) Docket number, case number, or opinion number: 22 DCR 099030
(e) Result: Denied
(f) Date of result: September 19, 2022
(g) Issues raised: I am poor, homeless, bond is excessive and oppressive and unnecessary, I am not a flight risk, the offense reports are fictious, defective and I am innocent. I want a trial.

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** I am innocent and being defective charging instruments.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I am being denied dash camera, Dispatch records, shift logs that will prove I am innocent and Meadows Place Police officers lied on the police/offense reports.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** I am being confined prior to a trial.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I am being denied bond by the courts setting a monetary bond.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** Being confined like this prior to trial is oppressive and illegal.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Texas State law contradicts federal law and my discovery is being censored because I am in custody but representing myself. This is creating prejudice.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND FOUR:** I am being denied bond for being homeless and also due to a misdemeanor warrant for a charge that carries a maximum sentence of 6 month.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: I am being illegally restrained and subjected to a lengthy sentence before a fair trial. My confinement is causing irreparable harm to my chance at a fair trial

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: The limitation of my access to discovery has taken place after I exhausted remedies. I was granted leave to proceed Pro Se on Dec. 01, 2022 and I was immediately set for trial with no discussion of discovery or a Suppression Hearing

**Request for Relief**

15. State exactly what you want the court to do: I am seeking a Personal bond so I can prepare my defense and my liberties may be restore. Any and all other relief the court may see fit.

Page 8 of 9

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _January 01, 2023_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 01-01-2023

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_