United States District Court
Southern District of Texas
**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD THOMAS DRAKOS II, SPN #244337 | § § § § § § § § § § § | |
| Petitioner, | | |
| v. | | CIVIL ACTION NO. H-23-111 |
| ERIC FAGAN, | | |
| Respondent. | | |

## ORDER OF DISMISSAL

For the reasons set out in this court's Order entered this date, this civil action is dismissed.

SIGNED on March 27, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge